# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK WEBBER

NO. 2019 KW 0572

**AUG 19 2019**

---

In Re:   Mark Webber, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. unknown.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED AS MOOT.**   The records of the East Baton Rouge Parish Sheriff's Office reflect that relator is no longer in the custody of the sheriff's office.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT